IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC HOUSTON,

    Plaintiff

v.      CIVIL NO. 4:CV-13-2316

N. ARNOLD, ET AL.,      (Judge Brann)

    Defendants

## ORDER

November 26, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

    **BY THE COURT:**

    s/Matthew W. Brann
    Matthew W. Brann
    United States District Judge